IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO: 8:16cr50 |
| ) | |
| v. ) | **ORDER FOR** |
| ) | **BENCH WARRANT** |
| AMAN MEHNDIRATTA ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, AMAN MEHNDIRATTA, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____s/Kevin F. McDonald_____
UNITED STATES MAGISTRATE JUDGE

Greenville, South Carolina
January 12, 2016

I SO MOVE:

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: _____
William J. Watkins, Jr. (#7863)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Telephone: (864) 282-2100
Email Address: Bill.Watkins@usdoj.gov